J. STEPHEN STREET          1573-0
134 Maono Place
Honolulu, Hawai`i  96821
Telephone No.:    (808) 754-1647
Fax               (888) 334-6499
E-mail:    jsstreet@ip-law-hawaii.com

DAVID P. STEINER          *pro hac vice*
David Steiner and Associates
1875 Century Park East, Suite 2230
Los Angeles, California 90067
Telephone No.:    (310) 557-8422
Fax:              (310) 556-0336
E-mail:    dpsartnetlaw@earthlink.net

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| VICTOR BREGEDA, an individual | Civil No. 12-00182 HG/KSC |
| Plaintiff, | (Copyright Infringement; Contract) |
| vs. | NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i) FRCP AS TO ALL PARTIES AND ALL CLAIMS; CERTIFICATE OF SERVICE |
| SARGENT'S FINE ART, INC., a Hawaii corporation; KIM RICHARDS PUBLISHING, an entity of unknown origin operating as a subsidiary of Sargent's Fine Art, Inc.; RICHARD SARGENT, an individual; KIM SMITH, an individual; DOES 1-100 | |
| Defendants. | |

1

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i) FRCP AS TO ALL PARTIES AND ALL CLAIMS

Plaintiff VICTOR BREGEDA, hereby gives notice of his voluntary dismissal with prejudice of his Complaint filed April 6, 2012 and First Amended Complaint filed April 11, 2012 in this action and all claims as to all parties alleged therein, pursuant to Rule 41(a)(1)(A)(i) Federal Rules of Civil Procedure, due to settlement between and among the parties.

No parties have filed an answer, motion for summary judgment, or other responsive pleading. There are no remaining parties or claims in this action, each party to bear their own attorneys fees and costs.

DATED:  Honolulu, Hawaii,    September 24, 2012

*/s/ J. Stephen Street*
_____
J. STEPHEN STREET, AAL
Attorney for Plaintiff
VICTOR BREGEDA